# PAVIA & HARCOURT LLP

230 Park Avenue
New York, NY 10169
Telephone: (212) 980-3500
Facsimile:   (212) 980-3185
www.pavialaw.com

Brandon C. Sherman
Associate
Direct Dial: 212-508-2314
Direct Fax: 212-735-7914
bsherman@pavialaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/9/2020__

*PARIS*
FORENSIS
98 Boulevard Malesherbes
75017 Paris

December 4, 2020

By ECF

Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   LTS Management Company, LLC v. Shah 1:20-cv-04227(AT)

Dear Judge Torres:

Pavia & Harcourt LLP is counsel to Defendant/Counterclaim-Plaintiff Rashid Ali Shah ("Mr. Ali Shah"). This joint letter requesting an adjournment of certain discovery deadlines set forth in the Civil Case Management Plan and Scheduling Order, dated August 19, 2020 (Docket No. 22) is submitted pursuant to Section I.C of this Court's Individual Practices in Civil Cases.

Currently, the deadline to complete all depositions and fact discovery is December 17, 2020, there is a Case Management Conference scheduled for January 6, 2021, and the deadline to complete expert discovery of February 1, 2021.

The parties have completed some discovery, but additional time is needed on both sides. Given the respective professional commitments of counsel between now and the New Year, we anticipate taking depositions beginning in mid-January. Accordingly, the parties respectfully request that the above deadlines be adjourned as follows:

- Deadline to complete depositions and fact discovery: February 17, 2021
- Case management conference: on or after March 9, 2021
- Expert discovery: April 5, 2021

This request is made with the consent of all parties and is the first request for an extension of any dates set forth in the Civil Case Management Plan and Scheduling Order.

December 4, 2020
Judge Analisa Torres
Page 2

Respectfully submitted,

*/s/ Brandon C. Sherman*

Brandon C. Sherman

GRANTED.  By **February 17, 2021**, the parties shall complete fact discovery.
By **April 5, 2021**, the parties shall complete expert discovery.  The case
management conference scheduled for January 6, 2021, is ADJOURNED to
**March 9, 2021**, at **10:40 a.m**. By **March 2, 2021**, the parties shall file their
joint status letter.

SO ORDERED.

Dated:  December 9, 2020
        New York, New York

ANALISA TORRES
United States District Judge